# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2015

## NO. 03-15-00379-CV

**Adrian Sanchez, Rebecca Sanchez, and/or All Other Occupants of
117 Killdeer, Leander, Texas 78641, Appellants**

**v.**

**Yellow Orchid, LLC, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on June 11, 2015. Having reviewed the record, it appears to the Court that appellants have not prosecuted their appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.